# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  Olympic Automotive & Accesories et al. v. Puerto Rico Electric Power Authority et al.
District Court Case No.  14-1026     District of Puerto Rico
Date Notice of Appeal filed  03/01/2015     Court of Appeals Case No.  15-1374
Form filed on behalf of  Olympic Automotive & Accesories et al. (all plaintiffs-appellants)

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  ✔
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)

## TRANSCRIPT ORDER

Name of Court Reporter
Phone Number of Reporter

A.  ☐  **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.  ☐  **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Julio César Alejandro Serrano     Filer's Signature  s/ Julio C. Alejandro Serrano
Firm/Address  JCAS Law Office     Filer's Email address  alejandroj.abogadopr@gmail.com
Telephone number  787-647-6632     Date mailed to court reporter  N/A

(Court Reporter Use ONLY) Date received  N/A     CERTIFICATE OF SERVICE It is hereby certified that the foregoing form was filed using the electronic case filing system which will inturn serve notice upon each counsel of record and provide each with a copy of this form.

Form CA1-10 (6/09/09)     **SEE INSTRUCTIONS ON REVERSE**